**BAUTE CROCHETIERE HARTLEY & VELKEI LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
BRYAN D. ROTH (State Bar No. 299906)
broth@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
JARRYD HAYNE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| J.V., | **Case No.: 18-CV-01397-NC** |
| Plaintiff, | Complaint Filed: December 19, 2017 |
| v. | **STIPULATION AND ORDER FOR A LIMITED CONTINUANCE OF THE DISCOVERY CUTOFF** |
| JARRYD HAYNE, | |
| Defendant. | Judge:    Hon. Lucy H. Koh<br>Place:    Courtroom 8 |

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel : (213) 630-5000 • Fax: (213) 683-1225

This Stipulation is entered into by and between Plaintiff J.V. ("Plaintiff" or "J.V.") and Defendant Jarryd Hayne ("Defendant" or "Mr. Hayne") (collectively, "the Parties"), and is based on the following facts.

## RECITALS

WHEREAS, per the Court's June 7, 2018 Case Management Order the lay discovery cutoff date in this matter is May 15, 2019.

WHEREAS, the Parties are currently in settlement talks and may be close to achieving a resolution of the entire matter.

WHEREAS, the Parties still have two items of significant remaining lay discovery to complete: 1) the psychological independent medical examination ("IME") of Plaintiff, and 2) the deposition of the Defendant.

WHEREAS, the Parties have separately signed a stipulation regarding the details and scope of the IME which is currently scheduled to be conducted on May 3, 2019. Due to a family emergency (a death in the family), Plaintiff's counsel needed to cancel and delay the deposition of Mr. Hayne.

WHEREAS, the Parties have discussed and agreed that a brief and limited continuance of the discovery cutoff, from May 15, 2019 to June 25, 2019, will 1) allow the parties to resolve the discovery issues surrounding Mr. Hayne's deposition, 2) reduce the overall litigation costs by delaying the IME by a few weeks and only having it occur if necessary, and 3) allow the Parties to focus on a settlement of the case. Expert disclosures will be modified accordingly as provided in the order attached. All other case related deadlines will remain intact, per the Case Management Order.

WHEREAS, there is a Further Status Conference set for May 8, 2019. The Parties jointly request that if the Court is so inclined to grant their joint request for a brief and limited continuance of the fact discovery cut off as well as expert disclosures, that the Court also continue the Further Status Conference by approximately 30-40 days. The parties do not believe this extension will affect the Court's scheduling of motions and trial.

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel : (213) 630-5000 • Fax: (213) 683-1225

## **STIPULATION**

THEREFORE, the Parties hereby stipulate to and agree to be bound by the Recitals set forth above.

DATED:  May 1, 2019                HUTCHINSON BLACK & COOK LLP
                                   LIBERTY LAW OFFICE


                                   By:    /s/ John Clune
                                   _____
                                        JOHN CLUNE
                                        MICHA STAR LIBERTY
                                        Attorneys for Plaintiff J.V.


DATED:  May 1, 2019                BAUTE CROCHETIERE HARTLEY &
                                   VELKEI LLP


                                   By:    /s/ Mark D. Baute
                                   _____
                                        MARK D. BAUTE
                                        BRYAN D. ROTH
                                        Attorneys for Defendant JARRYD HAYNE

## <u>ORDER</u>

Having considered the Parties' Stipulation, and GOOD CAUSE APPEARING, the Court ORDERS as follows:

1.  The fact discovery cutoff will be continued from May 15, 2019 to June 25, 2019.

2.  Plaintiff's expert disclosures will be due no later than July 16, 2019.

3.  Defendant's expert disclosures will be due no later than August 15, 2019.

4.  Expert discovery shall be concluded no later than September 6, 2019.

5.  All other deadlines will remain intact per the Case Management Order.

6.  The May 8, 2019 Status Conference will be continued to June _____, 2019.

The Parties will file a Joint Status Report no later than June _____, 2019.

IT IS SO ORDERED.


DATED: _____          _____

                                                  Honorable Lucy H. Koh
                                       UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER FOR A LIMITED CONTINUANCE OF THE DISCOVERY CUTOFF**

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel.: (213) 630-5000 • Fax: (213) 683-1225

## CERTIFICATE OF SERVICE

I, Bryan D. Roth, an attorney for Defendant , hereby certify that on this 1st day of May, 2019, a copy of the foregoing **STIPULATION AND ORDER FOR A LIMITED CONTINUANCE OF THE DISCOVERY CUTOFF** was served via U.S. Mail and email, on the following:

Micha S. Liberty, Esq.                     Attorneys for Plaintiff
LIBERTY LAW OFFICE                     J.V.
1970 Broadway, Suite 700
Oakland, California  94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
Email: team@libertylaw.com;
micha@libertylaw.com


John C. Clune, Esq.                         Attorneys for Plaintiff
HUTCHINSON, BLACK & COOK LLC     J.V.
921 Walnut Street, Suite 200
Boulder, Colorado  80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6593
Email: clune@hbcboulder.com


By: /s/ Bryan D. Roth
      BRYAN D. ROTH

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel.: (213) 630-5000 • Fax: (213) 683-1225