Micha Star Liberty (SBN 215687)
LIBERTY LAW OFFICE
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
Email: team@libertylaw.com

John C. Clune, (Admitted Pro Hac Vice)
Keith M. Edwards, (Admitted Pro Hac Vice)
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6593
Email: clune@hbcboulder.com, kedwards@hbcboulder.com

Attorneys for Plaintiff J.V.

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
BRYAN D. ROTH (State Bar No. 299906)
broth@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant JARRYD HAYNE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| J.V.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JARRYD HAYNE,<br><br>　　　　Defendant. | Case No. 18-cv-01397-LHK-NC<br><br>Judge: Hon. Lucy H. Koh<br>Magistrate Judge: Hon. Nathaniel Cousins<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |

　　　　The parties to the above-entitled action jointly submit this SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011, and Civil Local Rule 16-9.

**1.     Jurisdiction & Service**

The parties agree that jurisdiction is proper as this is an action between a resident of California and a resident of the foreign nation of Australia and the amount in controversy exceeds $75,000.

**2.     Facts**

After an evening out with mutual friends in San Jose, California, Plaintiff alleges that she was sexually assaulted by Defendant at his residence.  Defendant denies this allegation.

**3.     Legal Issues**

None at this time.

**4.     Motions**

Other than motions in limine regarding evidentiary matters, the parties do not anticipate other motions at this time.

**5.     Amendment of Pleadings**

Currently, there are no anticipated amendments to the pleadings.

**6.     Evidence Preservation**

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information.  The parties met via telephone on May 17, 2018, regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

**7.     Disclosures**

The parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26 including lists of persons with relevant information, lists of relevant documents in possession of the parties, and any insurance policies that may provide coverage for any of the claims on May 30th, 2018.

**8.     Discovery**

Fact discovery is complete and expert discovery will be complete shortly.

**9.     Class Actions**

There is no class action in this matter.

**10.    Related Cases**

There are no related cases in this matter.

**11.   Relief**

The Plaintiff seeks relief in the form of monetary damages.  The defendant seeks relief in the form of a judgment against the Plaintiff.

**12.   Settlement and ADR**

The parties attended a JAMS mediation on May 14, 2018, which was unsuccessful.

**13.   Consent to Magistrate Judge For All Purposes**

Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.   ____ YES    __x__ NO

**14.   Other References**

The parties would ask the Court for a continuance of the Case Management Conference scheduled on August 14, 2019 or in the alternative, permission to appear via phone as the parties would like to use that date to complete expert discovery.

**15.   Narrowing of Issues**

The parties will make a good faith effort to narrow issues in preparation for trial.

**16.   Expedited Trial Procedure**

The Court has set this matter for a five-day jury trial to commence January 27, 2020, at 9:00 a.m.

**17.   Scheduling**

Fact discovery completed: May 15, 2019

Plaintiff's expert reports completed: June 13, 2019

Defendant's expert reports completed: July 13, 2019

Expert depositions completed: August 15, 2019

Dispositive motion deadline: September 26, 2019

Hearing on Dispositive Motions: November 7, 2019, at 1:30 p.m.

Final Pretrial Conference: January 9, 2020, at 1:30 p.m.

Jury Trial: January 27, 2020, at 9:00 a.m.

**18.    Trial**

The Court has set this matter for a five-day jury trial to commence January 27, 2020, at 9:00 a.m.

**19.    Disclosure of Non-party Interested Entities or Persons**

None.

**20.    Professional Conduct**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21.    Other**

No other issues.

DATED: August 7, 2019                HUTCHINSON BLACK AND COOK, LLC

By:        /s/ John C. Clune
           John C. Clune
           Keith M. Edwards
           Attorneys for Plaintiff J.V.

DATED: August 7, 2019                BAUTE CROCHETIERE HARTLEY & VELKEI LLP

By:        /s/ Bryan D. Roth
           Mark D. Baute
           Bryan D. Roth
           Attorneys for Defendant JARRYD HAYNE

**CASE MANAGEMENT ORDER**

The above SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

DATED: ______________________

______________________________
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE