UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.V.,<br><br>          Plaintiff,<br><br>     v.<br><br>JARRYD HAYNE,<br><br>          Defendant. | Case No. 18-CV-01397-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; REFERRING PARTIES TO PRIVATE MEDIATION** |

The Court REFERS the parties to private mediation with a deadline of October 15, 2019. The parties SHALL FILE a joint settlement status update by October 18, 2019. The Court hereby CONTINUES the August 14, 2019 case management conference to December 11, 2019, at 2:00 p.m.

The parties shall be limited to 3 motions in limine per side of no more than 3 pages each. Oppositions to the motions in limine shall also be limited to 3 pages each. No replies are permitted.

**IT IS SO ORDERED.**

Dated: August 8, 2019

1

Case No. 18-CV-01397-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; REFERRING PARTIES TO PRIVATE MEDIATION

_Lucy H. Koh_
LUCY H. KOH
United States District Judge