Micha Star Liberty (SBN 215687)
LIBERTY LAW OFFICE
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
Email:  team@libertylaw.com

John C. Clune, (Admitted Pro Hac Vice)
Keith M. Edwards, (Admitted Pro Hac Vice)
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6593
Email:  clune@hbcboulder.com, kedwards@hbcboulder.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| J.V.<br>       Plaintiff,<br>v.<br>JARRYD HAYNE,<br>       Defendant. | Civil Action No.: 18-CV-01397-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, J.V., gives notices that all claims, causes of action, counterclaims and defenses that the parties have or may have had in this action have been resolved and are hereby voluntarily dismissed with prejudice and that each party shall bear their own attorneys' fees and costs.

DATED: August 28, 2019          By:   /s/ John C. Clune
                                      John C. Clune (Admitted Pro Hac Vice)
                                      Keith M. Edwards (Admitted Pro Hac Vice)
                                      HUTCHINSON BLACK AND COOK, LLC
                                      921 Walnut Street, Suite 200
                                      Boulder, CO 80302
                                      Telephone: (303) 442-6514
                                      Facsimile: (303) 442-6593
                                      Email: clune@hbcboulder.com
                                      kedwards@hbcboulder.com

                                      Attorneys for Plaintiff J.V.

# CERTIFICATION OF SERVICE

I hereby certify that on August 28, 2019, I served **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** on the persons listed below by email.

> Mark D. Baute
> Bryan D. Roth
> BAUTE CROCHETIERE & HARTLEY LLP
> 777 South Figueroa Street, Suite 4900
> Los Angeles. California 90017
> Mbaute@Bautelaw.Com
> broth@bautelaw.com

Attorneys for Defendant JARRYD HAYNE

By: /s/ John C. Clune
 John C. Clune